USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-2236 UNITED STATES, Appellee, v. GEORGE R. JORDAN, JR., Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. D. Brock Hornby, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Boudin, Circuit Judges. ______________ ____________________ David Beneman and Levenson, Vickerson & Beneman on brief for ______________ _______________________________ appellant. Jay P. McCloskey, United States Attorney, John S. Gleason III, _________________ _____________________ Assistant U.S. Attorney, and F. Mark Terison, Assistant U.S. Attorney, _______________ on brief for appellee.  ____________________ February 10, 1998 ____________________ Per Curiam. Upon careful review of the record, briefs, ___________ motion for summary affirmance, and objection, we conclude that the district court properly applied the law of the case and was not required to reconsider its decision not to group the mail fraud and money laundering counts under U.S.S.G.  3D1.2. See United States v. Bell, 988 F.2d 247, 250 (1st ___ _____________ ____ Cir. 1993). In the context of this appeal, we perceive no need for further argument, and we decline to revisit United ______ States v. Lombardi, 5 F.3d 568, 570-71 (1st Cir. 1993). ______ ________ Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-